IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRACY ANTHONY MILLER,

    Plaintiff,

v.

CIVIL ACTION NO. CV613-025

BRIAN OWENS; CINTHIA NELSON;
BILLY NICHOLS; BRUCE CHAPMAN;
Dr. BROOM; CALVIN BROWN;
ATTORNEY GENERAL OFFICE
DEPARTMENT OF LAW; GEORGIA
DEPARTMENT OF CORRECTIONS;
RICKY MYRICK; and SHARON LEWIS,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's Motions for Injunctive Relief (Doc. Nos. 12, 13, 15, 17) are **DISMISSED** as moot.

**SO ORDERED**, this _16_ day of _Sept_, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)